**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Stanslav Trofymenko
                Plaintiff,

v.
                Case No.: 1:16−cv−04405
                Honorable Andrea R. Wood

County Of Lake, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 22, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Plaintiff shall file an amended complaint by 7/13/2016. Defendants that have appeared shall answer the amended complaint by 8/3/2016. Status hearing continued to 8/11/2016 at 9:00 a.m. Mailed notice (meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.