Stanslav Trofymenko

                    Plaintiff,

v.                                          Case No.: 1:16−cv−04405
                                            Honorable Andrea R. Wood

County Of Lake, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2017:

        MINUTE entry before the Honorable Andrea R. Wood: The motion for approval of the settlement with the Lake County Defendants [42] and the motion for approval of the settlement with the Wexford Defendants [43] are granted. The Clerk is directed to maintain the accompanying detailed Order under seal. Only Court staff, the parties, and their counsel shall have access to the sealed order. Enter Sealed Order. All other pending motions and hearing dates are stricken. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.